994 So.2d 1243 (2008)
Carmen PRINTUP, Appellant,
v.
PROGRESSIVE AMERICAN INSURANCE COMPANY, Appellee.
No. 3D08-1964.
District Court of Appeal of Florida, Third District.
November 19, 2008.
Hoffman & Hoffman and John D. Hoffman, Miami; J.R. Callahan, for appellant.
Houck Anderson and Valerie A. Dondero, Miami, for appellee.
Before COPE and RAMIREZ, JJ., and SCHWARTZ, Senior Judge.
*1244 PER CURIAM.
Affirmed. See Mercury Ins. Co. of Fla. v. Sherwin, 982 So.2d 1266 (Fla. 4th DCA 2008); Liberty Mut. Ins. Co. v. Ledford, 729 So.2d 426 (Fla. 2d DCA 1999). Cf. Orion Ins. Co. v. Cox, 681 So.2d 760 (Fla. 4th DCA 1996); Nugget Oil, Inc. v. Universal Sec. Ins. Co., 584 So.2d 1068 (Fla. 1st DCA 1991); St. Paul Guardian Ins. Co. v. The Canterbury School of Fla., Inc., 548 So.2d 1159 (Fla. 2d DCA 1989).